**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
609-882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor:* Alice Ezekiel

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 26-16574 |
| Alice Ezekiel | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | **Hearing: 6/17/2026; 9:00am** |

## APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR NOTICE OF HEARING PURSUANT TO FED.R.BANKR.P. 9006(c)(1)

This application of Candyce Smith-Sklar, attorney for the debtor, respectfully represents:

1. I represent the Debtor(s) Alice Ezekiel in the above captioned case.  As such, I am personally familiar with the facts set forth herein and I am authorized to make this application on behalf of the debtor.

2. Debtor's previous Chapter 13 bankruptcy petition bearing case no. 19-25229 was dismissed on June 25, 2025 for failure to make all required Trustee payments.

3. As set forth in the Affidavit in Support of debtors Motion to Extend the Automatic Stay, the debtor was in arrears on her post-petition property tax payments which caused her to fall behind in Trustee payments.  However, the debtor has already requested assistance from various agencies such as NJ Snap, Home Energy Assistance and The PAGE Program will  provide significant financial relief for her .  Based on communications with these agencies, they will payoff a considerable portion of her electric bill which, in turn, will provide her with more disposable income to make trustee payments. She will also be receiving assistance towards her food bill each month thereby, reducing her out of pocket expenses.  .

4.  Although the debtor experienced a financial hardship in her last bankruptcy when her daughter took an unpaid medical leave of absence which ceased all monetary contributions into the household, she is now back at work earning a consistent and steady monthly income. This income contribution should greatly support debtor"s  current repayment obligation under her Chapter 13 plan.  Additionally, debtor's income from social security has increased thereby contributing to the household expenses and assuring a successful reorganization and completion of the plan.

5.  The debtor requests that the Motion to Extend the Automatic Stay be heard on  short notice as the debtor had a bankruptcy case dismissed within the year  preceding his current filing and, therefore, has the automatic stay effective for only 30 days.  We respectfully request that this motion be heard on June 17, 2026.

6.  Reduction of the time period in question is not prohibited under Fed. R. Bankr.P. 9006(c)(2) and the Rules listed therein .

WHEREFORE, Candyce Smith-SKlar, attorney for Debtor, requests entry of an Order to Shorten Time based on the aforementioned information.

Dated: June 6,  2026

LAW OFFICES OF SKLAR SMITH-SKLAR

By   /s/Candyce Smith-Sklar
CANDYCE SMITH-SKLAR
Attorney for Debtor