UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
(609) 882-9800   Fax: (609) 538-1399

In Re:

Alice Ezekiel,
                    Debtors

Case No.:          26-16574

Adv. No:

Hearing Date :     6/17/26; 9:00am

Judge:          Michael B. Kaplan

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

After review of the application of <u>Candyce Ilene Smith-Sklar, Esq.</u> for the reduction of time for a hearing on <u>Motion to Extend the Automatic Stay</u> under  Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on <u>MOTION TO EXTEND THE AUTOMATIC STAY</u> is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on <u>June 17, 2026 at 9:00 AM</u> in the United States Bankruptcy Court located at <u>402 East State Street, Trenton, N.J. 08608, Courtroom #8.</u>

3. True copies of this Order, the application for it, and the moving papers shall be served upon <u>Albert Russo,Standing Chapter 13 Trustee; Selene Finance, LP</u> , and <u>all interested parties:</u>

   ☐  Fax ☒  Regular Mail ☐  Hand Delivery ☒ ECF

   ☐  E-mail ☐  Overnight Mail ☐  Certified Mail

   and within

   ☐  _____ day(s) of the date hereof, or

   ☒  on the same date as the Order.

4. Immediate telephone notice of entry of this Order shall also be given to said parties.  None

5. Any objections to said motion/application:

   ☐  shall be filed and served so as to be received no later than _____

   ☒  may be presented at the hearing

6.  ☒  Court appearances will be required to prosecute said motion/application any objections.

☐  Any objector may appear by telephone at the hearing.

☐  The hearing will be held by telephone conference call, to be arranged by the applicant.