UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:
**Alice Ezekiel**

Case No.:     26-16574

Adv. No.:     _____

Hearing Date: June 17, 2026; 9:00am

Judge:        Michael B Kaplan

## CERTIFICATION OF SERVICE

1.      I, Candyce Smith-Sklar;

x represent the Debtor's in the above-captioned matter.

❑ am the secretary/paralegal for_____, who represent the

_____in the above captioned matter.

❑ am the_____ in the above case and am representing myself.


2.      On 06/6/2026, I sent a copy of the following pleadings and/or

documents to the parties listed in the chart below: : **I served the Application to shorten time on creditors below**

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated: 06/06/2026                          /s/ Candyce Smith-Sklar
                                           Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | □ Hand-delivered<br>□ Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>  (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | □ Hand-delivered<br>□ Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>  (as authorized by the court*) |
| Alice Ezekiel<br>1020 Division Street<br>Trenton, NJ 08611 | Debtor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>  (as authorized by the court*) |
| Thayer Properties Inc.,<br>c/o Boudwin Ross Roy Leodori<br>Attn: Rebecca D. Boudwin, Esquire<br>10000 Midlantic Drive, Ste 100E<br>Mt., Laurel, New Jersey 08054<br><br>ATTN: CEO/AGENT | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>  (as authorized by the court*) |

| | | |
|---|---|---|
| Trenton Water Works/ City of Trenton<br>319 East State Street, Room 113<br>Trenton, NJ 08608<br>ATTN: CEO/AGENT | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>  (as authorized by the court*) |

| | | |
|---|---|---|
| Chrysler Financial Services America, LL<br>2855 Coolidge Highway<br>Troy, MI 48084<br>ATTN: CEO/AGENT | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>(as authorized by the court*) |
| Thayer Properties, Inc.,<br>20151 SW Birch Street, Suite 175<br>Newport Beach, CA 92660<br>ATTN: CEO/AGENT | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>(as authorized by the court*) |
| Palisades Collections Inc.<br>210 Sylvan Avenue #1<br>Englewood Cliffs, NJ 07632<br>ATTN: CEO/AGENT | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>(as authorized by the court*) |
| All Creditors and Creditor Matrix | Creditor | □ Hand-delivered<br>x Regular mail<br>□ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>□ Other_____<br>(as authorized by the court*) |

 * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.