UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alice L. Ezekiel

Case No.:    _____26-16574_____

Chapter:    _____13_____

Judge:    ___Michael B. Kaplan___

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: June 8, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Candyce Ilene Smith-Sklar_____ for a reduction of time for a hearing on _____Motion to Impose Automatic Stay_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 17, 2026_____ at __9:00 am__ in the United States Bankruptcy Court,   402 E. State Street, Trenton, NJ 08608
Courtroom No. _8_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
**Trustee and any and all interested parties.** _____

_____

by ❑ each, ☒ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

*rev.5/19/2025*